

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAR 28 PM 1:39

| | |
|---|---|
| McNEILUS TRUCK AND MANUFACTURING, INC., )<br>)<br>Plaintiff, )<br>)<br>-against- )<br>)<br>NEW CASTLE TRUCK REPAIR, INC., )<br>)<br>Defendant. ) | Civil Action No.<br><br>05 - 186 |

**CLERK'S NOTICE TO COMMENCE PROCEEDINGS
PURSUANT TO D. DEL. LOCAL RULE 58.1.1**

TO:   CLERK, U.S. DISTRICT COURT
      DISTRICT OF DELAWARE

Please commence proceedings pursuant to District of Delaware Local Rule 58.1.1 to Confess Judgment on behalf of McNEILUS TRUCK AND MANUFACTURING, INC., Plaintiff, against NEW CASTLE TRUCK REPAIR, INC., Defendant, of 314 Bay West Boulevard, New Castle, DE 19720 and/or 1009 River Road, New Castle, DE 19720, for $172,219.36 and $2,170.44 accrued interest to date together with interest thereon at 3.4% per annum from March 29, 2005 plus attorney's fees of $10,000 and costs of $250.00.

The grounds upon which the Court's jurisdiction depends is diversity of citizenship, 28 U.S.C. § 1332, in that plaintiff is a corporation organized pursuant to the laws of Minnesota with its principal place of business located in Minnesota, and defendant is a corporation organized pursuant to the laws of Delaware with its principal

place of business located in Delaware, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

Dated: 3/28/05

Respectfully submitted,

_____
Elizabeth A. Saurman, Esq.
Del. Bar No: 3317
Marshall, Dennehey, Warner,
  Coleman & Goggin
1220 Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899
(302) 552-4324
(302) 651-7905 (fax)