IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAR 28  PM 1:39

McNEILUS TRUCK AND MANUFACTURING, INC., )
                                           Plaintiff,           )    Civil Action No.
                                         -against-           )    05 - 186
NEW CASTLE TRUCK REPAIR, INC., )
                                         Defendant.         )

**LETTER—NOTICE OF ENTRY OF JUDGMENT
CERTIFIED MAIL—RETURN RECEIPT REQUESTED**

TO:    NEW CASTLE TRUCK REPAIR, INC., Defendant,
          314 Bay West Boulevard
          New Castle, DE 19720

          NEW CASTLE TRUCK REPAIR, INC., Defendant
          1009 River Road
          New Castle, DE 19720

        1.    Plaintiff in the above-captioned matter intends to obtain court judgment against you in the District Court for the District of Delaware based on the enclosed Confession of Judgment for the following amounts:

                Principal Amount:    $172,219.36
                Accrued Interest:      $2170.44
                Attorney's Fees:       $10,000

        Plus interest and costs.

        2.    The plaintiff alleges you have waived your rights to notice and hearing prior to the entry of this judgment against you.

        3.    The entry of this court judgment will result in a lien against all your real estate and the means, in default of payment, whereby the Marshal can levy

against your personal property and real estate and ultimately sell at public auction your personal property and real estate for credit against the debt.

    4.    In default of payment in appropriate cases the Marshal may seize some portion of your wages for credit against the debt.

    5.    You may file with the Clerk, U.S. District Court, Boggs Federal Building, 844 King Street, Wilmington Delaware 1980 by April 15, 2005 a notice that you object to the entry of the judgment and a hearing will then be scheduled by the Court. At the hearing, the plaintiff will be required to prove that you have effectively waived your rights to notice and a hearing prior to the entry of this judgment.

    6.    No objection is required but if no objection is made, judgment will be entered by default.

    7.    If you have any questions about these matters, you should consult a lawyer immediately.

Dated:

3/28/05

Yours truly,

Peter T. Dalleo, Clerk of Court

By _Evelle Watson_, Deputy Clerk