NOV-05-04 16:00 FROM-LANDIS RATH & COBB LLP +30246744355 T-640 P.09/10 F-610
Case 1:05-cv-00186-GMS  Document 3  Filed 03/28/2005  Page 1 of 2

05 - 186

## CONFESSION OF JUDGMENT

New Castle Truck Repair, Inc. ("New Castle") hereby confesses judgment in favor of McNeilus Truck and Manufacturing, Inc. ("McNeilus") for all sums due McNeilus by New Castle under a Settlement Agreement dated November 5, 2004, and in the event of a default thereunder authorizes judgment to be entered against it. This Confession of Judgment is for a debt justly due to McNeilus arising out of Service Work Agreement dated as of July 11, 2000 (the "Service Work Agreement") entered into between McNeilus and New Castle and a Payment Plan dated as of March __, 2003 entered into between McNeilus and New Castle.

New Castle has executed a Settlement Agreement dated November 5, 2004, (the "Settlement Agreement") wherein New Castle will pay McNeilus as follows:

$25,000.00 on or before November 8, 2004.
$25,000.00 on or before December 8, 2004.
$25,000.00 on or before January 8, 2005.
$25,000.00 on or before February 8, 2005.
$25,000.00 on or before March 8, 2005.
$25,000.00 on or before April 8, 2005.
$22,219.36 on or before May 8, 2005.

New Castle agrees that should it be in default with any terms of the Settlement Agreement, this Confession of Judgment may be immediately filed with any court of competent jurisdiction, and that the costs of enforcing this Confession of Judgment may be added to the judgment to be offered. (And Attorneys fees GP)

Dated: N/60
       5 H                , 2004

FILED 2005 MAR 28 PM 1:23 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

## ACKNOWLEDGMENT

Greg Poplos, being first duly sworn, deposes and says:

      I am the President of New Castle Truck Repair, Inc.; that I have read and agree to all provisions of the foregoing CONFESSION OF JUDGMENT; that the statements contained therein are true; and that New Castle Truck Repair, Inc. agrees to be bound by the terms and conditions of the CONFESSION OF JUDGMENT.

_____
Greg Poplos, President of New Castle
Truck Repair, Inc.

STATE OF DELAWARE )
                         ) ss.
COUNTY OF           )

      On November 8, 2004 before me Greg Poplos personally came to me known, who, by me duly sworn, did depose and say that the deponent resides at _____, that the deponent is the President of New Castle Truck Repair, Inc. the corporation described herein, and which executed the foregoing CONFESSION OF JUDGMENT, that deponent knows the seal of the corporation, that the seal affixed to the CONFESSION OF JUDGMENT is the corporate seal, that it was affixed by order of the board of the corporation; and that deponent signed deponent's name by like order.

Subscribed and sworn to
before me this 8th
day of November, 2004.

_Cecilia Salvatelli Garner_
Notary Public

CECILIA SALVATELLI GARNER
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXPIRES JULY 27, 2005

2