IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



2005 APR -1  AM 11: 11

| | |
|---|---|
| McNEILUS TRUCK AND MANUFACTURING, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-186 UNA |
| ) | |
| -against- ) | |
| ) | |
| NEW CASTLE TRUCK REPAIR, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING

TO:   CLERK OF COURT

PLEASE TAKE NOTICE pursuant to F.R.C.P. Local Rule 58.1.1 that the undersigned attorney on the 1st day of April, 2005 hereby files the RETURN RECEIPTS for the certified, return receipt requested, mail service of the notice letter to defendant debtor New Castle Truck Repair, Inc.

            MARSHALL, DENNEHEY, WARNER,
            COLEMAN & GOGGIN

By: _____
      ELIZABETH A. SAURMAN
      DE Bar ID # 3217
      1220 North Market Street, Suite 500
      P.O. Box 8888
      Wilmington, DE 19899
      (302)552-4324
      Attorney for Plaintiff

CERTIFICATE OF SERVICE

I, ELIZABETH A. SAURMAN, hereby certify that on April 1, 2005, I caused two copies of the foregoing NOTICE OF FILING to be served by first class U.S. Mail, postage pre-paid, on the parties listed below at the following addresses:

NEW CASTLE TRUCK REPAIR, INC.
314 Bay West Boulevard
New Castle, DE 19720

NEW CASTLE TRUCK REPAIR, INC.
1009 River Road
New Castle, DE 19720

_____
ELIZABETH A. SAURMAN