**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Carly Elliott*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): *CH*
C. Date of Delivery: 3-30-05

1. Article Addressed to:

NEW CASTLE TRUCK REPAIR, INC
1009 RIVER RD
NEW CASTLE, DE 19720

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 1350 0002 1558 8625

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Carly Elliott*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name):
C. Date of Delivery: 3-30-05

1. Article Addressed to:

NEW CASTLE TRUCK REPAIR, INC
314 BAY WEST BOULEVARD
NEW CASTLE, DE 19720

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7 7004 1350 0002 1558 8632

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



