IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

McNEILUS TRUCK AND MANUFACTURING, INC., )
)
          Plaintiff, ) Civil Action No.05-186-GMS
)
v. )
)
NEW CASTLE TRUCK REPAIR, INC., )
)
          Defendant. )

### ORDER

On this **2nd** day of **June**, 2005 having considered Plaintiff McNeilus Truck and Manufacturing, Inc.'s request for entry of judgment by confession and the period for objection thereto having expired, pursuant to Local District Court Rule 58.1.1, it is hereby

ORDERED that the Clerk is directed to enter final judgment in the form annexed hereto in favor of Plaintiff and against Defendant New Castle Truck Repair, Inc. as follows:

    Principal Amount:   $172,219.36
    Accrued Interest:    $2,170.44
    Attorney's Fees:     $10,000
    Plus interest and costs

This judgment is final to the same extent as a judgment entered after trial. The lien of said judgment shall relate back to the time of the original docketing of the request for entry of judgment.

IT IS SO ORDERED.

June __2__, 2005

_____
UNITED STATES DISTRICT JUDGE



FILED
JUN 2 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE