IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| McNEILUS TRUCK AND MANUFACTURING, INC., | ) |
| Plaintiff, | ) Civil Action No.05-186-GMS |
| v. | ) JUDGMENT |
| NEW CASTLE TRUCK REPAIR, INC., | ) |
| Defendant. | ) |

This action came on for consideration before this Court, the Honorable Gregory M. Sleet, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is Ordered and Adjudged:

That the plaintiff McNeilus Truck and Manufacturing, Inc., recover against the defendant New Castle Truck Repair, Inc. the sum of $184,389.80, with interest thereon at the rate as provided by law and its costs of action.

The lien of said judgment shall relate back to March 28, 2005.

Dated at Wilmington, Delaware, this 2nd day of June, 2005.

Marie McDavid, Deputy Clerk
Clerk of Court

FILED
JUN 2 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE